| | |
|---|---|
| 1 | Jeffrey S. Powell (*Admitted Pro Hac Vice*) |
|   | jeff.powell@kirkland.com |
| 2 | Patrick F. Philbin (*Admitted Pro Hac Vice*) |
|   | patrick.philbin@kirkland.com |
| 3 | Erin C. Johnston (*Admitted Pro Hac Vice*) |
|   | erin.johnston@kirkland.com |
| 4 | KIRKLAND & ELLIS LLP |
|   | 655 Fifteenth St., N.W. |
| 5 | Washington, DC 20005 |
|   | Telephone: (202) 879-5000 |
| 6 | Facsimile: (202) 879-5200 |
| 7 | Mark C. Holscher, SBN 139582 |
|   | mark.holscher@kirkland.com |
| 8 | KIRKLAND & ELLIS LLP |
|   | 333 S. Hope St. |
| 9 | Los Angeles, CA 90071 |
|   | Telephone: (213) 680-8400 |
| 10 | Facsimile: (213) 680-8500 |
| 11 | Attorneys for Defendant, |
|    | CHARTER COMMUNICATIONS, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN AMERICAN-OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation, | CASE NO. 2:16-cv-00609-GW-FFM |
| | **DEFENDANT CHARTER COMMUNICATIONS, INC.'S NOTICE OF COMPLIANCE WITH THE COURT'S DECEMBER 12, 2016 ORDER TO ACCOMPLISH PURPOSE OF CERTIFICATION** |
| Plaintiffs, | |
| v. | Judge: Hon. George H. Wu |
| CHARTER COMMUNICATIONS, INC., a Delaware Corporation; FEDERAL COMMUNICATIONS COMMISSION, a federal agency; and DOES 1 through 10, inclusive, | Hearing Date: December 12, 2016 |
| | Time: 8:30 A.M. |
| | Courtroom: 350 West 1st Street |
| | Courtroom 9D |
| | Los Angeles, CA 90012 |
| Defendants. | |

Pursuant to the Court's direction in its tentative ruling that was circulated to the parties at the hearing on December 12, 2016, that "Defendant should prepare a proposed order accomplishing th[e] purpose" of certifying the Court's Order of October 24, 2016 (ECF No. 57) for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b), Defendant Charter Communications, Inc. respectfully submits that the Court should take the following two steps:

(1)  The Court should enter the attached Proposed Order Granting Defendant Charter Communications, Inc.'s Motion For 28 U.S.C. § 1292(b) Certification, Amending The Court's October 24, 2016 Order, And Staying The Case (Exhibit A). Counsel for Plaintiffs have reviewed the attached Proposed Order and concur that, along with the second step below, it will accomplish the Court's purpose of certifying the Court's Order of October 24, 2016 for interlocutory appeal.

(2)  The Court should enter an Amended Order Granting In Part And Denying In Part Defendants' Motion To Dismiss Plaintiffs' First Amended Complaint.  *See* Fed. R. App. P. 5(a)(3) ("If a party cannot petition for appeal unless the district court first enters an order granting permission to do so or stating that the necessary conditions are met, the district court may amend its order, either on its own or in response to a party's motion, to include the required permission or statement.  In that event, the time to petition runs from entry of the amended order.").  Charter has attached as Exhibit B a page that can be substituted for page 18 of the October 24, 2016 Order incorporating the text to be inserted pursuant to the Proposed Order described above.

| | |
|---|---|
| Dated: December 14, 2016 | Respectfully submitted,<br>KIRKLAND & ELLIS LLP<br><br>By: */s/ Patrick F. Philbin*<br>Jeffrey S. Powell (*Admitted Pro Hac Vice*)<br> jeff.powell@kirkland.com<br>Patrick F. Philbin (*Admitted Pro Hac Vice*)<br> patrick.philbin@kirkland.com<br>Erin C. Johnston (*Admitted Pro Hac Vice*)<br> erin.johnston@kirkland.com<br>655 Fifteenth St., N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br><br>-and-<br><br>Mark C. Holscher, SBN 139582<br> mark.holscher@kirkland.com<br>333 S. Hope St.<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br><br>*Attorneys for Defendant,*<br>*CHARTER COMMUNICATIONS, INC.* |