Jeffrey S. Powell (*Admitted Pro Hac Vice*)
jeff.powell@kirkland.com
Judson D. Brown (*Admitted Pro Hac Vice*)
jdbrown@kirkland.com
Michael A. Glick (*Admitted Pro Hac Vice*)
michael.glick@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

David A. Klein, SBN 273925
david.klein@kirkland.com
KIRKLAND & ELLIS LLP
333 S. Hope St.
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant,
CHARTER COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

NATIONAL ASSOCIATION OF AFRICAN AMERICAN-OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:16-cv-00609-GW-FFM

**JOINT STATUS REPORT**

Judge: Hon. George H. Wu
Hearing Date: October 10, 2019
Time: 8:30 A.M.
Courtroom: 350 West 1st Street
Courtroom 9D
Los Angeles, CA 90012

In advance of the Status Conference set for October 10, 2019, and in accordance with the Court's June 7, 2019 Order, the Parties submit this Joint Status Report at the Court's request to provide an update since the last report provided to the Court on June 4, 2019 (ECF Dkt. No. 133):

This action remains partially stayed pursuant to the Court's February 28, 2019 Order, which lifted the stay in part to permit the parties to serve discovery requests and serve objections thereto. (ECF Dkt. No. 129.) The parties have served their first sets of written discovery, and the parties have served written responses thereto with legal objections.

At present, Defendant Charter Communications, Inc.'s petition for certiorari (filed on March 8, 2019) remains pending before the United States Supreme Court. However, on June 10, 2019, the Supreme Court granted certiorari in *Comcast Corp. v. National Association of African American-Owned Media*, No. 18-1171, which involves the same Plaintiffs as this case, was argued at the same time as this case before the Ninth Circuit, and involves the same question presented as in Charter's petition: does a claim of race discrimination under 42 U.S.C. § 1981 fail in the absence of but-for causation? The *Comcast* case is scheduled for argument on November 13, 2019, and the parties anticipate the Supreme Court will hold Charter's petition in abeyance pending the disposition of the *Comcast* case.

Charter's position is that, because the Supreme Court's resolution of the *Comcast* case may materially affect future litigation of this case, Charter believes that the current stay should be continued pending the Supreme Court's disposition of the *Comcast* case and action on Charter's petition. Plaintiff's position is that it is premature to determine what impact, if any, the Supreme Court's resolution of the *Comcast* case will have in this case. But, in any event, Plaintiffs do not, at this time, seek to lift the stay beyond what the Court ordered on February 28.

DATED: October 7, 2019

Respectfully submitted,

*/s/ David W. Schecter*
MILLER BARONDESS LLP
David W. Schecter

Attorney for Plaintiffs

*/s/ Judson D. Brown*
KIRKLAND & ELLIS LLP
Judson D. Brown

Attorney for Defendant Charter Communications, Inc.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 7, 2019

*/s/ Judson D. Brown*
KIRKLAND & ELLIS LLP
Judson D. Brown

Attorney for Defendant Charter Communications, Inc.