| | |
|---|---|
| 1 | LOUIS R. MILLER (State Bar No. 54141) |
| | smiller@millerbarondess.com |
| 2 | DAVID W. SCHECTER (State Bar No. 296251) |
| | dschecter@millerbarondess.com |
| 3 | MILLER BARONDESS, LLP |
| | 1999 Avenue of the Stars, Suite 1000 |
| 4 | Los Angeles, California 90067 |
| | Telephone:  (310) 552-4400 |
| 5 | Facsimile:   (310) 552-8400 |
| 6 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN AMERICAN-OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO. 2:16-cv-00609-GW-FFM** <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Judge:           Hon. George H. Wu <br> Hearing Date: N/A <br> Time:            N/A <br> Courtroom:   350 West 1st Street <br>                         Courtroom 9D <br>                         Los Angeles, CA 90012 <br><br> Assigned to the Hon. George H. Wu and Magistrate Judge Frederick F. Mumm <br><br> Action Filed:  January 27, 2016 <br> Trial Date:     October 19, 2021 |

Pursuant to Rule 41(a)(2), Plaintiffs National Association of African American-Owned Media and Entertainment Studios Networks, Inc. and Defendant Charter Communications, Inc. hereby stipulate that the above-captioned action shall be dismissed with prejudice, with each side to bear their own costs and fees.

DATED: February 3, 2021      MILLER BARONDESS, LLP

By:   /s/ David W. Schecter
      DAVID W. SCHECTER
      Attorneys for Plaintiffs

DATED: February 3, 2021      KIRKLAND & ELLIS LLP

By:   /s/ Judson D. Brown
      JUDSON D. BROWN
      Attorney for Defendant Charter Communications, Inc.

1 **ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

2   The filer attests that all other signatories listed, and on whose behalf the filing is
3 submitted, concur in the filing's content and have authorized the filing.

5 DATED:  February 3, 2021          MILLER BARONDESS, LLP

8           By: ___/s/ David W. Schecter___
                DAVID W. SCHECTER
9               Attorneys for Plaintiffs